Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR  97201
jweis@hk-law.com
(admitted *pro hac vice*)

*Attorneys for Defendant-Intervenor/Consolidated Defendant-Intervenor Kootenai Tribe of Idaho*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br> Consolidated Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, et al., | Lead Case No. CV 22-114-M-DWM <br><br> Member Case No. CV 23-3-M-DWM <br><br> **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR KOOTENAI TRIBE OF IDAHO'S UNOPPOSED MOTION FOR LEAVE TO FILE A SHORT RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY [ECF No. 89]** |

**DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S UNOPPOSED MOTION FOR LEAVE TO FILE SHORT RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

|  |  |
|---|---|
| Defendants,<br><br>and<br><br>KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, *et al.*,<br><br>       Consolidated Defendants.<br><br>and<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor/ Consolidated Defendant-Intervenor. |  |

The Kootenai Tribe of Idaho (the Tribe) respectfully seeks the Court's leave to file the attached short response to Consolidated Plaintiffs Alliance for the Wild Rockies et al. (Consolidated Plaintiffs) Notice of Supplemental Authority (ECF No. 89), which referred the Court to the post-briefing decision *Alliance for the Wild Rockies v. Marten* (*Marten*), CV 21-05-M-DLC, 2023 WL 4977712 (D. Mont. Aug. 3, 2023), involving Endangered Species Act challenges to certain programmatic documents on the Helena-Lewis and Clark National Forest. This motion is unopposed – Plaintiffs, Consolidated Plaintiffs and the Federal Defendants do not oppose the Tribe's motion.

Page 1 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S UNOPPOSED MOTION FOR LEAVE TO FILE SHORT RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

Respectfully submitted this 10th day of August, 2023.

    s/ Julie A. Weis
Julie A. Weis
HAGLUND KELLEY LLP
Portland, Oregon
(admitted *pro hac vice*)

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC

*Attorneys for Defendant-Intervenor/Consolidated Defendant-Intervenor Kootenai Tribe of Idaho*

Page 2 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S UNOPPOSED MOTION FOR LEAVE TO FILE SHORT RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

**Kootenai Tribe of Idaho's Proposed Short Filing Regarding Consolidated Plaintiffs' Notice of Supplemental Authority**

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR  97201
jweis@hk-law.com
(admitted *pro hac vice*)

*Attorneys for Defendant-Intervenor/Consolidated Defendant-Intervenor Kootenai Tribe of Idaho*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br>  Plaintiffs, <br><br> and <br><br> ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br>  Consolidated Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, et al., | Lead Case No. CV 22-114-M-DWM <br><br> Member Case No. CV 23-3-M-DWM <br><br> **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR KOOTENAI TRIBE OF IDAHO'S SHORT RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY [ECF No. 89]** |

|   |   |
|---|---|
| Defendants,<br><br>and<br><br>KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, *et al.*,<br><br>Consolidated Defendants.<br><br>and<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor/ Consolidated Defendant-Intervenor. |   |

The Kootenai Tribe of Idaho (the Tribe) offers the following observations regarding the post-briefing decision referenced in the Notice of Supplemental Authority (ECF No. 89) filed by Consolidated Plaintiffs Alliance for the Wild Rockies et al.  See *Alliance for the Wild Rockies v. Marten* (*Marten*), CV 21-05-M-DLC, 2023 WL 4977712 (D. Mont. Aug. 3, 2023) (involving unauthorized road use Endangered Species Act challenges to programmatic decisions on the Helena-Lewis and Clark National Forest).

First, unlike this case involving a site-specific action on the Kootenai National Forest, *i.e.*, the Black Ram Project, *Marten* involved programmatic

Page 1 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S SHORT RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

challenges to a Forest Plan Biological Opinion, *id.* at *6-11, and to Biological Opinions for two Travel Plans plus Biological Assessments for two additional Travel Plans on the forest. *Id.* at *11-14. Further, in addition to the programmatic versus site-specific action distinction, the unauthorized road use claims in *Marten* arose under the Endangered Species Act rather than under the statutes at issue in this case, the National Forest Management Act and National Environmental Policy Act. Put simply, unlike *Marten*, this case does not involve an Endangered Species Act unauthorized road use challenge to a programmatic Biological Opinion (nor to a project-specific Biological Opinion for that matter).

Second, the unauthorized road use allegations in *Marten* rested on types of data not at issue in this case. Specifically, *Marten* involved allegations of "hundreds of law enforcement records of illegal motorized use across the Forest," and "hundreds of miles of roads that were closed on paper [yet] still physically open to motorized use." *Id.* at *9. This case involves no such allegations or types of data so is factually distinct.

Third, whereas *Marten* found (at *12) that the evidence of ineffective road closures rose to the level of the chronically ineffective road closures held illegal in *Alliance for the Wild Rockies v. Probert*, 412 F. Supp. 3d 1188, 1202-08 (D. Mont.

Page 2 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S SHORT RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

2019), the Black Ram evidence is plainly distinguishable from that in *Probert*. This relates to the Tribe's argument in its opening summary judgment brief (ECF No. 66) at pages 40-41, 42-45, 49-50 and in its reply brief (ECF No. 82) at pages 49-50 regarding the effectiveness of road closures in the Black Ram Project area. This also relates to the Federal Defendants' argument in their opening summary judgment brief (ECF No. 61) at pages 58-66 and in their reply brief (ECF No. 80) at pages 32-35 regarding the effectiveness of road closures in the Black Ram Project area. More fundamentally, this relates to Federal Defendants' argument in their opening summary judgment brief (ECF No. 61 at 56-58) that Consolidated Plaintiffs forfeited their ineffective road closures argument.

Respectfully submitted this 10th day of August, 2023.

s/ Julie A. Weis
Julie A. Weis
HAGLUND KELLEY LLP
Portland, Oregon
(admitted *pro hac vice*)

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC

*Attorneys for Defendant-Intervenor/Consolidated Defendant-Intervenor Kootenai Tribe of Idaho*

Page 3 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S SHORT RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2023, I caused to be served a true and correct copy of the foregoing document, via CM/ECF on:

Clerk of U.S. District Court

Rebecca Kay Smith
PUBLIC INTEREST DEFENSE CENTER
PO Box 7584
317 East Spruce Street
Missoula, MT 59807
publicdefense@gmail.com

Timothy M. Bechtold
BECHTOLD LAW FIRM
PO Box 7051
Missoula, MT 59087-7051
tim@bechtoldlaw.net

*Attorneys for Plaintiffs Alliance for the Wild Rockies and Native Ecosystems Council*

Andrea Zaccardi
CENTER FOR BIOLOGICAL DIVERSITY
PO Box 469
Victor, MT 83455
azaccardi@biologicaldiversity.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Steet, Suite 421
Denver, CO  80202
tzukoski@biologicaldiversity.org

Rachel G. Inabnit
Law Office of Rachel Inabnit, PLLC
P.O. Box 8846
Missoula, MT  59807

rachel.inabnitlawoffice.com

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians*

Erika Furlong
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002
hayley.carpenter@usdoj.gov

John P. Tustin
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. SECTION
Benjamin Franklin Station, P.O. Box 7611
Washington DC  20044-7611
john.tustin@usdoj.gov

Caitlyn Faye Cook
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
caitlyn.cook@usdoj.gov

*Attorneys for Defendants*

By:    /s/ Julie A. Weis

**CERTIFICATE OF SERVICE**